# EXHIBIT C

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, March 15, 2022 11:37:58 AM
CASE NUMBER: 2022 CV 01134 Docket ID: 36158241
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

## IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
### CIVIL DIVISION

| | | |
|---|---|---|
| **OLWIN METAL FABRICATION LLC** | : | |
| **1933 Kuntz Road** | : | |
| **Dayton, OH 45404,** | : | **CASE NO:** _____ |
| | : | |
| **Plaintiff,** | : | **JUDGE** _____ |
| | : | |
| **vs.** | : | |
| | : | |
| **MULTI-CAM, INC.** | : | |
| **1025 West Royal Lane** | : | |
| **DFW Airport, TX 75261,** | : | **COMPLAINT** |
| | : | |
| **and** | : | |
| | : | |
| **MULTICAM GREAT LAKES, INC.** | : | |
| **d/b/a MULTICAM OHIO VALLEY** | : | |
| **TECHNOLOGY CENTER** | : | |
| **2727 Elmridge Drive NW** | : | |
| **Grand Rapids, MI 49534,** | : | |
| | : | |
| **Also serve at:** | : | |
| **18 Carnegie Way** | : | |
| **West Chester, OH 45246** | : | |
| | : | |
| **Defendants.** | : | |

Now comes Plaintiff, Olwin Metal Fabrication LLC ("Plaintiff" or "Olwin"), by and through its counsel, and for its Complaint against Defendants, Multi-Cam, Inc. and MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center (collectively "Defendants"), and pleads as follows:

### FACTS COMMON TO ALL CAUSES OF ACTION

1.     Plaintiff, Olwin Metal Fabrication LLC, is an Ohio limited liability company with its principal place of business in Montgomery County, Ohio and is engaged in the business of metal fabrication.

**EXHIBIT A**

2. Defendant, Multi-Cam, Inc., is a Texas corporation with its principal place of business in Tarrant and Dallas Counties, Texas and is engaged in the business of manufacturing cutting machines.

3. Defendant, MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center, is a Michigan corporation with its principal place of business in Kent County, Michigan and is engaged in the business of manufacturing cutting machines.

4. Defendant, MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center also has a location in Butler County, Ohio where it is engaged in the business of manufacturing cutting machines. A true and accurate copy of Defendant, MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center's website page is attached hereto as **Exhibit A**.

5. However, according to the Ohio Secretary of State, Defendant, MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center is not registered to do business in the State of Ohio.

6. On November 18, 2021, Olwin purchased an ARCOS Series Plasma Machine (the "Machine") from Defendants. On that date, Olwin put down a 50% deposit on the Machine, totaling $111,652.

7. The ARCOS Bridge & Rail Plasma Agreement ("Agreement") included an express warranty guaranteeing the Machine would be "fully functional and operating properly" at the time of installation. A true and accurate copy of the Agreement is attached hereto as **Exhibit B**.

8. On or about December 16, 2021, Olwin paid the remaining 50% due on the Machine, for a total purchase price of $223,304.

**EXHIBIT A**

9.     On or about December 20, 2021, the Machine was delivered to Olwin's place of business in Montgomery County, Ohio.

10.     From January 10, 2022, through January 18, 2022, MultiCam's subcontractor installed the machine and performed training for Olwin on the Machine.

11.     From the date of installation until present, the Machine has not worked as promised. Problems include, but are not limited to, the following:  the 5-axis feature does not work properly when attempting to bevel; the Machine will not part mark with the Hypertherm XPR as it should (without modification of G-code); and the Machine will not pre-pierce (without modification of G-code).

12.     To date, Defendants have failed to address Plaintiff's concerns of the Machine's failings, despite Plaintiff's efforts to communicate them directly to Defendants.

13.     As a result of the Machine's failure to fully function and operate properly at the time of installation, Olwin did not accept the Machine.

14.     Plaintiff has been damaged in the principal amount of $223,304 (the cost of the Machine), together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim, interest and costs, which are all related to the Machine's various deficiencies.

### FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT

15.     Plaintiff restates the prior paragraphs of this pleading as if fully rewritten herein.

16.     The foregoing actions and/or inactions of Defendants constitute material breaches of the Agreement.

**EXHIBIT A**

17.    As a direct result of Defendants' breach of the Agreement, Plaintiff has been damaged in the principal amount of $223,304 (the cost of the Machine), together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim, interest and costs which are all related to the Machine's various deficiencies.

**SECOND CLAIM FOR RELIEF**
**NON-ACCEPTANCE**
**Tex. Bus. & Com. Code Sec. 2.606**

18.    Plaintiff restates the prior paragraphs of this pleading as if fully rewritten herein.

19.    Due to the Machine's deficiencies at the time of installation, Plaintiff could not accept the Machine as installed.

20.    As a result of Plaintiff's non-acceptance, Plaintiff has been damaged in the principal amount of $223,304 (the cost of the Machine), together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim, interest and costs which are all related to the Machine's various deficiencies.

**THIRD CLAIM FOR RELIEF**
**REVOCATION OF ACCEPTANCE**
**Tex. Bus. & Com. Code Sec. 2.608**

21.    Plaintiff restates the prior paragraphs of this pleading as if fully rewritten herein.

22.    This cause of action is pled in the alternative, in the event it is determined that Plaintiff accepted the Machine as installed.

23.    Plaintiff has since revoked its acceptance of the Machine based on the Machine's non-conformity, which substantially impairs its value to Plaintiff.

**EXHIBIT A**

24.     As a result of the Machine's deficiencies, Plaintiff has been unable to use the Machine as delivered and has been damaged in the principal amount of $223,304 (the cost of the Machine), together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim, interest and costs which are all related to the Machine's various deficiencies.

**FOURTH CLAIM FOR RELIEF**
**UNJUST ENRICHMENT**

25.     Plaintiff restates the prior paragraphs of this pleading as if fully rewritten herein.

26.     Defendants have been unjustly enriched to the detriment of the Plaintiff, by failing to provide a machine that was fully functional and operating correctly at the time of installation, while retaining the full purchase price of the Machine, totaling $223,304.

27.     As a result, Plaintiff has been damaged in the principal amount of $223,304 (the cost of the Machine), together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim, interest and costs which are all related to the Machine's various deficiencies.

**WHEREFORE**, Plaintiff prays as follows:

A.     Under Plaintiff's First Cause of Action, for judgment in favor of Plaintiff and against Defendants in the principal amount of $223,304, together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim and court costs;

B.     Under Plaintiff's Second Cause of Action, for judgment in favor of Plaintiff and against Defendants in the principal amount of $223,304, together with damages from lost time,

**EXHIBIT A**

lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim and court costs;

    C.  Under Plaintiff's Third Cause of Action, for judgment in favor of Plaintiff and against Defendants in the principal amount of $223,304, together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim and court costs; and

    D.  Under Plaintiff's Fourth Cause of Action, for judgment in favor of Plaintiff and against Defendants in the principal amount of $223,304, together with damages from lost time, lost materials, lost profits, loss of business and incidentals, plus attorneys' fees incurred and to be incurred in connection with prosecuting this claim and court costs.

        Respectfully submitted,

        s/Richard L. Carr, Jr.
        Richard L. Carr, Jr. (0003180)
        David M. Rickert (0010483)
        AUMAN, MAHAN & FURRY
        110 North Main Street, Suite 1000
        Dayton, OH 45402-1738
        (937) 223-6003
        (937) 223-8550 (fax)
        rlc@amfdayton.com; dmr@amfdayton.com
        *Attorney for Plaintiff, Olwin Metal Fabrication, LLC*

**EXHIBIT A**



# WELCOME TO MULTICAM GREAT LAKES & MULTICAM OHIO VALLEY TECHNOLOGY CENTERS



MultiCam Great Lakes' Regional Office and Technology Center is located in Grand Rapids, Michigan while MultiCam Ohio Valleys' is in Cincinnati, Ohio. Each Technology Center is complete with machines on the floor for demonstration, a software lab and training area, application training, spare parts and factory trained Technicians to install and keep your MultiCam up and going for years to come. When it comes to top quality CNC Machines, Technical Support and Service—no other manufacturer comes even close.



Welcome to MultiCam Great Lakes & MultiCam Ohio Valley Techno...                    https://www.multicamgl.com/



**Upcoming Events**

Event Marketing by Constant Contact

OFFERING A FULL LINE OF CNC CUTTING SYSTEMS

MULTICAM INC. MANUFACTURES INNOVATIVE & VERSATILE

CNC ROUTER, LASER, PLASMA, WATERJET AND

EXHIBIT A
**EXHIBIT A (Page 2 of 5)**

Welcome to MultiCam Great Lakes & MultiCam Ohio Valley Techno...          https://www.multicamgl.com/

# KNIFE CUTTING MACHINES

Whether your shop is large or small, we make a solution for every budget!
Our global network of experts includes over 60 Technology Centers worldwide with 20 across North America, so you can depend on local training, service and support.

> CONTACT US TODAY



EXHIBIT A

**EXHIBIT A (Page 3 of 5)**



**EXHIBIT A (Page 4 of 5)**

Welcome to MultiCam Great Lakes & MultiCam Ohio Valley Techno...                    https://www.multicamgl.com/



2022 © MultiCam Great Lakes

**EXHIBIT A**
**EXHIBIT A (Page 5 of 5)**

# ARCOS
# Bridge & Rail
# Plasma

Reliable turnkey solutions for any metal based application requiring consistency, productivity, performance, and versatility.





Presented To:

Derrick Olwin
## Olwin Metal Fabrication
sales@olwinmetalfab.com



MULTICAM
Complete CNC Solutions

EXHIBIT B (Page 1 of 26)



MultiCam is a global supplier of innovative CNC cutting solutions in industries ranging from sign making to digital finishing, sheet metal to plate-steel processing, hardwoods to cabinet making, thermoform trimming to plastics fabrication as well as a wide variety of aerospace and automotive applications.

With over 12,000 machines installed worldwide, MultiCam provides cost-effective, easy-to-use, programmable cutting and additive manufacturing solutions for large and small companies alike.

Founded in 1989, MultiCam's corporate office and manufacturing facility is located in the heart of Dallas-Fort Worth, Texas. With over 50 technology centers across the globe and sales and service representatives in over 100 countries, you'll find a location near you for local sales, demonstrations, training, service, and support.





## Your local technology centers

Grand Rapids, MI        Cincinnati, OH

Each Technology Center is complete with machines on the floor for demonstration, a software training lab, machine & application training, spare parts, and certified technicians to install and keep your MultiCam up and running for years to come. When it comes to top quality CNC Machines, Technical Support, and Local Service—no other manufacturer comes even close. With over 50 locations worldwide, we're always nearby!







EXHIBIT A
EXHIBIT B (Page 3 of 26)

# RUGGED, HEAVY-DUTY...

## ...HIGH-PERFORMANCE

### ARCOS BRIDGE & RAIL PLASMA

The Arcos is designed for manufacturers who need to cut heavy plate or need a large processing area without sacrificing accuracy or cut quality. Arcos is a complete ground up design with the latest power supplies from Hypertherm and the latest automatic oxy fuel system from IHT. A well balanced design with a low profile while maintaining a whopping 8 ft. of cut clearance giving it a low center of gravity for optimal motion at 50% higher speeds and 200% faster accelerations than previousmodels. The Arcos system from MultiCam touts best in class motion for ultra smooth cuts, while utilizing all the latest process control libraries from valuable partners like Hypertherm and IHT.



# FEATURES & SPECIFICATION GUIDE
## PERFORMANCE / EASE OF USE / PRODUCTIVITY

EXHIBIT A

# FEATURES

No machine offers more features than the innovative and versatile Arcos Bridge & Rail Plasma.



## Gantry
### Engineered for Performance

The gantry is made of 1/4" thick square tubular steel that is welded, stress-relieved, and precision machined. The gantry has been engineered to provide a smooth, vibration free cut at optimal speeds and accelerations.



## Gantry Supports
### High Strength, Minimal Vibration

The Arcos gantry supports are manufactured from cut steel plate. They are welded, stress-relieved, and precision machined. Wide X-Axis bearing spacing and heavy plate help dampen vibration and give the structural tube gantry extremely rigid support.



## Modular Base Rails
### Rigid & Smooth

The MultiCam Arcos' modular base rails are made from 1/2" thick tubular steel. This extremely rigid base reduces vibration and allows for the best cutting quality using modular sections that can be added for longer machine lengths. The Arcos also includes integrated leveling feet and pre drilled bolt holes for easy anchoring.



## Precision GearBoxes (X-Axis)
### Solid, Heavy-Duty Construction with Helical Rack

These high torque, low backlash gearboxes are ideal for moving and positioning the precision gantry at high speeds and acceleration rates while still delivering smooth motion.

multicam.com    3

# FEATURES

The Arcos delivers consistent accruacy and reliable control.





## Guide Way System (X-Axis)
### Smooth & Accurate

MultiCam's legendary motion is a result of our manufacturing process. The Arcos Bridge and Rail features a combination V-rail capture and floating rail system that provides super smooth, accurate motion that will allow for our precise automatic squaring routine and glide effortlessly down the rails.

## EZ Control
### Easy-To-Use

MultiCam's EZ Control is one of the most powerful yet easy-to-use motion contol systems available on the market. It allows for multiple job reference positions, automatic Z surfacing, and proximity restart.





## Linear Bearings (Y & Z Axes)
### Precise & Sturdy

The Arcos incorporates 25mm linear bearing profile rails with stainless steel strip cover for high rigidity and capacities in all load directions.

## Digital Servo Drive System
### Smooth & Reliable

Digital Servo drives and brushless digital AC servo motors form a digital vector servo drive system that is standard on all 3000 Series machines. This drive system integrates position, velocity, and torque loops seamlessly to provide uncompromised tracking accuracy, smoothness, and reliability.

4







## Oxy Torch (Option)
### Versatile Performance

Maximize your manufacturing capabilities with this optional OxyFuel torches. These torches are rated to cut mild steel up to 8" thick. The IHT torches feature auto-gas, auto-ignition, auto-surface sensing, auto-height, auto-shutoff and auto-cut chart integration. The Arcos system seamlessly runs the latest IHT libraries for easy setup and operation.

## Quick-Stop Crash Protection
### Quick & Easy

The quick-stop crash protection torch holder protects your investment against serious damage. During the cut process it is possible for small parts to tilt up. If the torch hits these obstacles, the torch releases and shifts to the side. The machine will pause and allow the user to fix the problem before continuing on.

# ADVANCED FEATURES

## ADAPTIVE AUTOMATIC TORCH HEIGHT CONTROL

MultiCam has introduced one of the most advanced automatic torch height control systems on the market. The challenge was to make the torch height control extremely responsive when cutting thin metals and very smooth when cutting thick metals. To achieve the best cut quality possible it is critical to keep the torch to work distance very consistent. If the torch height control is too responsive on thick metals the cut edge quality will not be smooth. If the torch height control is not responsive enough when cutting thin metals the torch will not be able to adjust quickly enough. In some cases, the cut height will not be ideal and the torch may even crash into the material. Most competitive torch height control systems are independent from the motion controller and cannot automatically adapt to changes in cut speed and materials thickness.

The Arcos from MultiCam fully integrated height control system takes all of this into account and is critical to the smooth cut results. The sensitivity of the Torch Height control is automatically adjusted based on the current cutting parameters. MultiCam's integrated Torch Height Control gives the customer the best of both worlds; very fast response when cutting thin metals, smooth slower adjustments when cutting thick plate. The best part is that all of these adjustments happen automatically for the end user. Height control is an integral function of the controller itself, there are fewer parts, which translates into less maintenance cost.

## AUTO REFERENCE VOLTAGE

Most systems have the user manually enter in a reference voltage for the torch height. The MultiCam system automatically samples and sets the voltage at the beginning of each program based on the material libraries as a known starting point. This results in a better cut, longer consumable life, and reduces the chance for error. Why is this important? Many parameters can affect the torch height voltage. Whether you're cutting faster or slower, the book value of the torch height voltage will change. It is nearly impossible for the end user to guess the correct voltage. MultiCam eliminates this guess work by automating this process so you can spend your time on production.

## ADVANCED KERF CROSSING

The EZ Control automatically samples the torch height voltage at 500 times per second. The data is fed into a series of algorithms which are designed to adjust the smoothness and sensitivity of the torch height control. This is done by averaging the data over varying periods of time. When the voltage drastically changes the controller locks out the torch height control.

Drastic changes in voltage are usually caused by cutting back over the kerf. Normally this occurs at the end of a cut when the lead out crosses over the lead in. Systems that do not properly adjust to kerf crossing can dip the torch at the end of the cut or even crash the torch into the material. This can result in either a destroyed part or part that is not properly cut out. Coreo Advanced Kerf Crossing detects these changes in voltage and instantaneously locks out the torch heigh control. Once the voltage stabalizes, torch height control will resume.

EXHIBIT A
EXHIBIT B (Page 8 of 26)



# SPECIFICATIONS







| Specifications | Inches | Metric |
|---|---|---|
| Z-Axis Clearance | 38.5"* | 978mm* |
| Z-Axis Travel | 12" | 305mm |
| Z-Axis Work Range | 38" - 26" | 965mm - 660mm |
| Reapeatability | +/-0.001" | +/-0.0254mm |
| Rapid Traverse | 1500 IPM | 38.1 MPM |
| Drive System (X,Y) | Rack & Pinion Helical | Rack & Pinion Helical |
| Drive System (Z) | Ball Screw | Ball Screw |

*without cutting table

Widths starting at 8' wide and modular lengths.

**EXHIBIT A**

**EXHIBIT B (Page 9 of 26)**







## 5 Axis Bevel System

5 axis bevel system is powered by Esautomation for ultra smooth cuts, while utilizing all the latest process control libraries from valuable partners like Hypertherm and IHT.



Esautomation has years of experience in the management of 5 axis machines for thermal cutting and collaborating with leading international manufacturers, the project of the bi-rotary head Esautomotion 5AX was born.



### Esa 5 Axis Head
**Cuts Up To ±50° Bevel Angle**

Designed to reconcile the demands of precision and reducing the costs of the new machines, the 5AX bi-rotary head encompasses high accuracy and repeatability due to the adoption of high precision bearings and to the full digital Esautomotion.



### Operator Interface & CNC Controller
**Ultra High Block Execution Speed**

- High Performance AMD
- Embedded GX-42CC 2.4 Hz
- Windows® 10 IOT Enterprise



### Esa Motors
**High Inertia with Daisy Chain Wiring**

The motion system integrates position, velocity, and torque loops seamlessly to provide uncompromised tracking accuracy, smoothness, and reliability with absolute encoders.

ⓦ MultiCam Inc., ® All Rights Reserved 2021

## Cutting for A,V,K,X,Y and Inverted Y Style Bevel Cuts





### Full SigmaNEST Integration
**Designed to Help Fabricators Win**

Using SigmaNEST, you can import parts from any major CAD system, automatically sort them into tasks by material and machine, optimize your material usage and machine motion, post programs to your profile cutting machines, and track your productivity from start to finish.

**Considerably reduce programming time through automatic features:**

- Automatic bevel nesting and clearance for maximum material utilization
- Automatic bevel recognition from all major CAD systems such as CDL, AutoCAD, DXF and DWG, HPGL, IGES Tribon, SOLIDWORKS,
  Solid Edge, Inventor, Pro/E and NX
- Part settings for bevels, grain constraints, and leadins/lead-outs can be saved to the part library
- Support for multiple processes such as marking, and pre-piercing

| Specifications | B Axis | C Axis |
|---|---|---|
| Servomotors | Esautomotion Digital E Series | Esautomotion Digital E Series |
| Beveling Angle Max | 50° | 50° |
| Max Speed | 120 rpm/min. | 120 rpm/min. |
| Transmission Accuracy (Arcmin) | <1.5 | <1.5 |
| Reliability (Arcmin) | 1 | 1 |
| Weight | 12.5 Kg | 12.5 Kg |
| Engine Types | 230 VAC 400 VAC | 230 VAC 400 VAC |

972.929.4070
www.multicam.com



## The Reason Thousands Trust MultiCam EZ Control



The EZ Control concept began in the early 1980s as the mouse-and-graphical-user interface reshaped the personal computer. Building on this concept, MultiCam set off to develop a powerful, feature-rich motion control system that would be so easy to teach and use that it could empower the average person with the ability to produce CNC parts.



When you purchase a MultiCam cutting solution, your goal is to automate a process. There are many competitive choices, but only MultiCam offers EZ Control -- the ultimate advancement in the human machine interface (HMI) that allows anyone to run the CNC machine.



When companies automate, they focus on reducing cost and maximizing profit by producing more parts faster and more accurately with less waste and less labor. EZ Control helps customers best achieve these goals, with the added benefits of shorter production times and extreme ease-of-use. If the machine operator is out and the next worker in line must continue with the day's work, then the process is made possible with the EZ Control system. With only a few minutes of training, the replacement machine operator can continue with the workload and save the day's production. Now that is EZ Control!



The MultiCam motion control is one of the most powerful yet easy-to-use motion control systems available on machine tools today. No wonder MultiCam named its motion system EZ Control!





*Call 972.929.4070* • *www.multicam.com*

EXHIBIT

**MULTICAM**
Complete CNC Solutions





With the Core gas console option, X-Definition cut quality is delivered through the nitrogen HDi™ process that prevents the mixing of air into the cut surface, creating an improved, brighter edge finish, up to 12 millimeters, or ½ inch.

On thicker material, above 12 millimeters or ½ inch, the pure nitrogen cutting process yields very good results, but edges may be darkened.

For the Core console, gas selection options include oxygen, nitrogen, and air.

A customer's cutting needs align with the Core console if they cut mostly mild steel and occasionally stainless steel, particularly in the thinner range.

# Core

Core console offers XPR X-Definition cutting capability for mild steel and non-ferrous materials.

X-Definition
$N_2$ HDi
Vent-to-Shield





EXHIBIT B (Page 12 of 26)
EXHIBIT A



The Vented Water Injection console offers all the Core console capabilities, plus:
Over a 10% increase in piercing thickness with argon as an assist gas.
Significantly enhanced stainless steel and aluminum cutting with the F5 HDi technology
And, excellent cut quality and surface smoothness on aluminum with patent pending Vented
Water Injection.

Gas selection options expand to oxygen, nitrogen, F5, argon, and air, with water for the Vented
Water Injection process. A customer who needs high cut quality across a broader thickness range
of all materials, especially one who is cutting more aluminum, would benefit most from the VWI
console.

**VWI**

### Patent pending Vented Water Injection processes yield excellent resultsfor non-ferrous materials.



X-Definition $N_2$
HDi
Vent-to-Shield

$O_2$
$N_2$
Air

F5
Argon
$H_2O$

|  |  | HPR260XD | XPR300 |
|---|---|---|---|
| Maximum output power |  | 45.5 kW | 63 kW |
| 100% duty arc voltage |  | 175 V | 210 V |
| Pierce capacity | MS | 1-1/4" | 2" |
|  | SST | 1-1/4" | 1-1/2" |
|  | AL | 1" | 1-1/2" |
| Severance cap. | MS | 2-1/2" | 3" |
|  | SST | 2" | 3" |
|  | AL | 2" | 2" |



**Cut with confidence**

EXHIBIT A



Delivering all the capabilities that the Core and VWI consoles offer, the OptiMix™ console also adds discrete 3-gas mixing – argon, hydrogen, and nitrogen – for the world's most flexible, premium stainless steel and aluminum cutting capability. Gas selection options expand further to oxygen, nitrogen, F5, argon, hydrogen, and air, with water for the Vented Water Injection process.

The OptiMix gas console offers the most versatility and highest cut quality possible to customers cutting mild steel, stainless steel, and aluminum.

OptiMix



OptiMix console adds discrete 3-gas mixing and flexibility to stainless steel and aluminum cutting.



# MULTICAM
## Complete CNC Solutions

### Solving Your Manufacturing Issues Since 1989

MultiCam is a global supplier of innovative CNC cutting solutions founded in 1989. With over 13,000 machines installed worldwide, MultiCam provides cost effective, easy to use, programmable cutting solutions for companies of all sizes.

 7000 SERIES
 5000 SERIES
 APEX
 APEX
 CLASSIC

 6000P SERIES
 Arcos
 3000P SERIES
 1000P SERIES
 V-PLASMA

 6000W SERIES
 5000W SERIES
 3000W SERIES
 1000W SERIES
 V-WATERJET

 celero⁷
 celero⁵
  celero³

## CNC
### ROUTERS
### PLASMAS
### WATERJETS
### KNIFE
### LASERS


 QUANTUS

MAGNUS

MADE IN THE USA — AMERICAN PRODUCT — WITH PRIDE

# BASE (INCLUDED)

| Title/Description | Qty |
| --- | --- |

**Arcos Series Plasma** 1



- Bridge & modular base rail design with 1/2" thick tubular steel & 1' x 1-1/2" steel bars. Gantry is 1/4" thick, 12" x 12" tubular steel & reinforced with 1/4" structural steel. The gantry supports are a steel weldment with extra wide gantry stance & bearing spacing to provide an extremely rigid platform. Machine is welded, stress relieved, & precision machined.
- *HELICAL* rack & pinion drive system on Xa, Xb, & Y axis.

**Multicam standard handheld user Interface** 1



- "User Friendly" hand held graphical interface controller with job previewing.
- Industrial Extratech ultra-smooth motion control with Ethernet DNC

**Advanced Graphical CNC Interface** 1



- The MultiCam Advanced Workstation CNC interface that includes PC, Workstation, and Windows HOME operating system.
- Pre-loaded with COREO 5 BMO Software Suite COREO BMO VIDEO

**Brushless AC Servo System** 1



- Schneider brushless AC servo drive system with matched Schneider servo motors & Precision high torque, low backlash gearboxes are ideal for moving & positioning the precision gantry at high speeds up to 1500ipm.

**Bevel Head** 1



- 5-axis Head from ESAUTOMATION
- Latest Process control libraries from Hypertherm
- SigmaNest Integration
- Automatic Bevel nesting and clearance for maximum material utilization
- Automatic Bevel recognition from all major CAD systems such as CDL, AutoCAD, DXF, DWG, SOLIDWORKS, Inventor and others
- Settings for bevels, grain contraints, leadins/leadouts can be saved to part library
- Multiple process support such as marking and pre-piercing
- Max angle 50 deg, both B and C axis

## MACHINE VOLTAGE



Title/Description

**220v/230v**



- Pre-wired for 220v/230v 3 phase

## CUTTING AREA

Title/Description

**6' x 12' Cutting Area**



- 72" x 144" (6'x12') Process area

## NO TABLE

Title/Description

**This quote does not include a table (cutting surface)**

- Customer has existing water table
- No need for the cutting surface

# TORCH HEIGHT CONTROLLER (INCLUDED)

Title/Description

### Automatic Torch Height System (ATHC)



- Automatic Torch Height System includes high speed Z-Axis motion with linear bearing ways and the T5 accuracy precision ground & hardened ball screw controls the 12" of stroke & spring actuated failsafe crash protection braking system. Two process surface detection. Smooth and accurate Arc Voltage Height Control

# LASER CROSS HAIRS (INCLUDED)

Title/Description

### Laser Cross Hair Pointer



- Decrease Job Set-Up Times
- Quickly and accurately identify reference points on the material to minimize job set-up time. "Laser Pointer" VIDEO

# PLASMA UNIT

Title/Description

### Hypertherm XPR300 High Definition Plasma Unit



- Hypertherm 300 amp Plasma Unit
- Maximum mild steel pierce capacity 2". Edge start 3"
- Maximum stainless steel pierce capacity 1-1/2". Edge start 3"
- Maximum aluminum pierce capacity 1-1/2". Edge start 2"
- Includes XPR300 Preventative Maintenance Kit (380V-600V)

Meet the new XPR Plasma (VIDEO)

**IMPORTANT:** Plasma unit voltage selection is very important. Please verify which voltage selection is most closely representative of your measured building voltage where the unit will be connected.

## PLASMA UNIT VOLTAGE

Title/Description

**480v 3 Phase**



- Plasma Unit is Pre-wired for 480v 3 phase

## GAS CONSOLE

Title/Description

**Hypertherm XPR Optimix Auto-Gas Console**



- Automatic gas console for quickly and automatically switching between various gasses simply by choosing desired material.
- Includes new N2 HDi™ process that prevents the mixing of air into the plasma gas, creating an improved, brighter edge finish.
- 10% increase in piercing thickness with argon-assist.
- Significantly enhanced stainless steel and aluminum capabilities are delivered with the addition of F5 HDi processes and patent pending Vented Water Injection (VWI).
- Includes discrete 3-gas mixing – Ar, H2, and N2 for premium stainless steel and aluminum cutting capability.
- INCLUDES OPTIMIX GAS HOSE KIT

Gas Console Comparison (VIDEO)

# AIR ASSIST (INCLUDED)

Title/Description

**Air Booster w/Pig Tank**



- Boosts air pressure to 120psi constant.
- Reserve air tank to ensure constant desired pressure.
- Air prep components to help maintain clean, dry air.

# SOFTWARE

Title/Description

**SigmaNest**



SigmaNEST Software Included:

- One license for SigmaNEST Techno
- One license SigmaNEST Bevel Programming Module
- One license BHQ Module
- One license Bevel Post Processor for Multicam
- First Year of Software Maintenance plan
- 4 Days onsite SigmaNEST Training
- Travel and Expenses for SignmaNEST Trainer

# OPTIONS: (Click box to add to total)

| Title/Description | Cost | Qty | Subtotal |
|---|---|---|---|
| ☐ **XPR300 Mild Steel Consumable Starter Kit w/Torch** | $1,450.00 | 1 | $0.00 |

- 428618 [pack of 1] KIT-PRTKT:XPR300A MILD STEEL
- Includes 80-300 amp consumables for Mild Steel
- Includes extra quick disconnect torch.
- Includes spanner wrench
- Includes consumable tool

| | | | |
|---|---|---|---|
| ☐ **XPR300 SS/AL Consumable Starter Kit w/Torch** | $1,630.00 | 1 | $0.00 |

- 428619 [pack of 1] KIT-PRTKT:XPR300A SS/AL
- Includes 40-300 amp consumables for SS/AL
- Includes extra quick disconnect torch.
- Includes spanner wrench
- Includes consumable tool

| | | | |
|---|---|---|---|
| ☐ **Spare XPR Quick Disconnect Main Body** | $1,200.00 | 1 | $0.00 |

- Additional quick disconnect torch body
- Allows or quickly changing to different consumables set.

| | | | |
|---|---|---|---|
| ☐ **Logic Trace Digitizing System** | $3,000.00 | 1 | $0.00 |

- Quickly & accurately reverse engineer parts and convert them to dxf files, ready for toolpathing with the Logic Trace digitizing tracing table & pen. 20' x 24" tracing area. (Other sizes available) Click HERE to see how it works!

| | | | |
|---|---|---|---|
| ☐ **3 Stage Coalescing Air Filtration System** | $1,189.00 | | $0.00 |

- Removes condensed liquids, solid particles, etc. *(STRONGLY recommended. If not purchased here, please have one installed near machine location prior to installing technicians arrival)*

# INSTALLATION / WARRANTY

| Title/Description | Qty |
|---|---|

**Installation** 1



- Includes "at your pace" machine installation & operator training at your facility. "We do not charge for extra days"
- Includes follow up training day 1-2 weeks after initial installation

**Local Support** 1



- Multiple local "in your area" factory trained service technicians with fully stocked service vans to quickly respond to your service and training needs.

**Phone Support** 1



- Free unlimited lifetime phone & remote diagnostic support during normal business hours.

**Warranty** 1



- Includes 1 year parts & labor warranty (subject to our Terms & Conditions)
- Our warranty includes drive time, mileage, and hotel stay. <u>Does our competitors?</u>

# FREIGHT (CHOOSE ONE)

| Title/Description | Cost | Subtotal |
|---|---|---|
| ○ **Freight Included** | $3,500.00 | $0.00 |

F.O.B.: Dallas, TX – Freight included with proposal

Note* Customer is responsible for unloading machine and setting in final place

| ◉ **Freight Arranged By Customer** | $0.00 | $0.00 |



- Customer agrees to arrange freight from factory to customer location

# TERMS

| Title/Description | Subtotal |
|---|---|
| | |

**Terms** $0.00



- 50% due with order 50% due prior to machine shipping
- FOB Dallas, TX
- Mid-December shipment
- Stock machine, Subject to Prior Sale

**2021 Stock Machine Factory Discount** $-11,750.00



**Warranty** $0.00

- Arcos Plasma Machine is covered by **2 year** parts and labor warranty by MultiCam
- Hypertherm Torch / Leads / Gas Console / Plasma unit is covered by **1 year** parts and labor warranty by MultiCam

# TOTAL INCLUDING SELECTED OPTIONS: $223,304.00

Thank you for the opportunity to help with your production needs!

## Brian Newhouse

MultiCam Great Lakes Inc

Accepted by: *Derrick Olwin*
11/18/2021_10:31am EST

Date: _____

Olwin Metal Fabrication, Derrick Olwin

**MULTICAM**
Complete CNC Solutions

**\*\*Note\*\*** All quotations are subject to standard Terms & Conditions. Orders accepted subject to prices & specifications in effect at time of order. Your electrician will need to provide power to the machine. Complete installation documentation will be provided. MultiCam Great Lakes, Inc. provides no warranties or consulting support for any software not provided with the MultiCam CNC. We will guarantee the MultiCam CNC to be fully functional and operating properly at the time of installation. If custom payment terms are agreed upon, the final payment shall be due at installation or net 30 days from the date of shipment, whichever is sooner. If Customer fails to make final payment within 5 days of its due date that non-payment will

result in a service charge of the lesser of 1.5% per month (18% per annum) or the maximum amount allowable by law; and/or a storage fee.



## TERMS AND CONDITIONS

1. GENERAL: The following terms and conditions shall apply to sale of products, services and parts ("Product") manufactured by MultiCam Inc. ("Manufacturer") to the customer ("Purchaser"). Purchaser accepts this Quotation by signing where indicated. Written acceptance of this Quotation by Purchaser accompanied by a deposit accepted by Manufacturer will constitute an agreement binding on both parties.

2. PAYMENT TERMS: Machine orders must be accompanied by a deposit of 50% of the total dollar amount of the order and are subject to the acceptance by Manufacturer. The remaining 50% of the total dollar amount of the order must be received by Manufacturer prior to shipment of the order. Terms other than these must be approved in writing by Manufacturer prior to acceptance of an order.

3. TITLE and Risk of Loss: All Product is sold ex-works "origin" for international sales and F.O.B. Dallas, Texas for domestic sales, unless otherwise specified in the Quotation, and Manufacturer's responsibility ends when the product is made available to Purchaser to take possession. Title to all Product and risk of loss and damage will pass to Purchaser upon notification of availability.

4. STORAGE, UNPAID BALANCE: Purchaser will have 14 days from completion of the Product (date of packing) to take title and delivery. After the 14-day period and at the sole discretion of the Manufacturer, storage fees will be assessed at the rate of $1,000 per month for the first month and $1,500 per month thereafter (prorated). The Purchaser shall promptly pay all monies due the Manufacturer in accordance with the credit terms provided. Any amount not paid to the Manufacturer when due shall bear interest at the rate of 1.5% per month.

5. SECURITY AGREEMENT: A Purchase Money Security Interest in the Product will be retained by Manufacturer until full payment has been received. Purchaser agrees to complete a UCC filing or any similar filing under local law, if requested by Manufacturer, to provide to Manufacturer a perfected, enforceable security interest or lien in the Product. At Manufacturer's discretion, warranty claims may be denied until full payment has been received from Purchaser.

6. SHIPMENT DATE: For custom built Product, the estimated date of shipment is computed from the date the entire deposit is received by Manufacturer. The estimate is based on the engineering and manufacturing schedule currently in effect and is subject to change as a result of events beyond Manufacturer's reasonable control. Such events shall include without limitation, acts of God; strikes or labor disputes; acts, laws, rules or regulations of any government or government agency; fires; floods; delays or failures in delivery of carriers or suppliers; shortages of materials; and any other cause beyond Manufacturer's control.

7. TAXES: Pricing does not include any present or future taxes that may result from this transaction, all of which will be paid by Purchaser.

8. RESALE OF PRODUCT: If Purchaser shall resell Product to a third party, Purchaser must disclose in writing these terms and conditions to such third party, including but not limited to Manufacturer's warranty limits and denial of all express and implied warranties including implied warranties of merchantability and fitness for a particular purpose. If Purchaser fails to make such disclosures, then Manufacturer's limited warranty does not transfer and Purchaser alone will be responsible to such third party.

9. WARRANTY: Manufacturer warrants to Purchaser that the Product will be free from defects in material and workmanship for a period of 13 months from date of shipment. Specific deviations from the warranty include CNC Router spindle bearings which are warranted for defects in material and workmanship for a period of 3 months from date of shipment. Specific exclusions to the CNC Laser Products warranty include damage as a result of fire as well as all damage to mirrors and optics including damage as a result of dust. In addition, the effects of corrosion and erosion are specifically excluded on all CNC Waterjet products. Manufacturer's obligation under this warranty is limited to repair or replacement of parts that are determined by Manufacturer to be defective. Replacement parts may be new or factory refurbished at Manufacturer's discretion. Use of parts other than those specified by Manufacturer may be cause for invalidation of the warranty. All parts replaced under warranty shall become the property of Manufacturer. This warranty does not include normal wear parts such as, but not limited to, filters, belts, hoses, seals, brushes, consumables or parts damaged due to negligence, accident, misuse, environmental factors, improper maintenance or improper machine application. Modification of the Product by Purchaser may void warranty in full or in part at the sole discretion of Manufacturer. Purchaser shall not operate any Product that is considered to be defective without first notifying the Manufacturer in writing of its intent to do so. Any such use of the Product will be at the Purchaser's sole risk and liability. Purchaser agrees to submit Warranty Registration Card to Manufacturer within 10 days if installation of the product. Failure to do so may invalidate warranty at the sole discretion of the Manufacturer. A parts and labor warranty does not include Seller or Manufacturer's travel and lodging expenses which will be billed separately to Purchaser. MANUFACTURER MAKES NO OTHER WARRANTY OR REPRESENTATION OF ANY KIND, EXPRESS OR IMPLIED, AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE PRODUCT ARE DISCLAIMED.

10. WARRANTY CLAIMS: For warranty claims, Purchaser must contact Manufacturer for any parts that must be returned. Purchaser is responsible for shipping costs of returned items. Warranted parts are invoiced by Manufacturer to Purchaser and shipped at Manufacturer's expense. At the sole discretion of the Manufacturer, some warranted parts may not be required to be returned. For parts requiring return, Manufacturer will issue an RMA number which must be prominently displayed on the outside of the return package. All parts must be shipped to Manufacturer within 30 days of Manufacturer's shipment of warranty replacement parts. At the sole discretion of the Manufacturer, warranty parts not shipped within the 30 day period will be assessed a 10% late fee. On receipt of returned warranted parts, Manufacturer will forward parts to the vendor



## TERMS AND CONDITIONS

for evaluation of the warranty claim. Acceptance of a warranty claim is at the sole discretion of the Manufacturer. Returned parts not covered under warranty will not be credited against the original invoice issued by Manufacturer.

11. LIMITS OF LIABILITY: MANUFACTURER WILL NOT BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL OR SIMILAR DAMAGES RESULTING FROM ANY DEFECT OR FAILURE OF ANY ITEM MANUFACTURED OR SUPPLIED BY MANUFACTURER INCLUDING, BUT NOT LIMITED TO, DAMAGE OR INJURY TO PERSONS OR PROPERTY, LABOR COSTS, LOST REVENUE OR PROFITS OR EXPENSES OF DELAY. MANUFACTURER'S SOLE LIABILITY IS LIMITED TO ITS LIABILITY UNDER THE WARRANTY.

12. CANCELLATION: If Purchaser cancels its order without Manufacturer's prior written consent, Manufacturer will be compensated for Product in process. Purchaser will pay Manufacturer its actual costs and overhead expenses determined in accordance with U. S. generally accepted accounting practice, plus 25%.

13. APPLICABLE LAW, SEVERABILITY: The laws of the state of Texas (excluding conflicts of laws rules and principles) will apply to these Terms and Conditions and any subsequent agreement. To the extent any provision or clause in these Terms and Conditions or subsequent agreement is prohibited by any law or is deemed unenforceable, such prohibition or unenforceability will not invalidate any of the remaining provisions or clauses in these Terms and Conditions or any subsequent agreement.

14. PRODUCT SPECIFICATIONS: Manufacturer reserves the right to change and/or substitute Product components during the manufacture that will not materially alter the specifications or function of the Product.

15. EXPORT COMPLIANCE: Purchaser agrees that its business shall be conducted in accordance with all laws of the United States and its foreign jurisdictions, and in a manner that will always reflect the highest standards of ethics. Diversion of the Product contrary to U.S. law is prohibited. In particular, Purchaser agrees to comply with U.S. government export control laws and regulations and in the event the product is resold to a third party, to only sell Products to parties who in turn agree with the compliance of such laws and regulations. In the event the Product is purchased for demonstration or stock purposes, at time of sale, Purchaser agrees to inform Manufacturer of the end user name and address as well as the specific application the Product is intended for. Purchaser also agrees that no transactions, including re-exporting and related transactions, will be conducted that are contrary to U.S. Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), or any other U.S. laws or regulations. Prior to any further distribution of the Product, Purchaser agrees to consult the following five websites and screen for any denied or debarred parties or country restrictions that may prohibit Purchaser's proposed transaction:

1. http://www.bis.doc.gov/complianceandenforcement/liststoc heck.htm (Bureau of Industry and Security lists)

2. http://www.treas.gov/offices/enforcement/ofac/programs/ (Sanctioned Countries list)

3. http://www.treas.gov/offices/enforcement/ofac/sdn/t11sdn. pdf (Specially Designated Nationals and Blocked Persons lists.

Note: Frequently updated. Purchaser must check for most recent publication.)

4. http://pmddtc.state.gov/country.htm (Directorate of Defense Trade controls, Embargoed Countries Sanctions Chart)

5. http://www.state.gov/t/isn/c15231.htm (Department of State, Non Proliferation Sanctions (Compiled by the State Department. Sanctions under various statutes)

If the proposed transaction is prohibited under any of the above-mentioned lists, Purchaser agrees to discontinue that transaction. Purchaser understands that any export violation under this provision will result in full disclosure of the incident to all appropriate governmental authorities.

16. PURCHASER'S USE: Manufacturer builds the Product to National Electrical Code (NEC) standards. Purchaser is responsible for informing Manufacturer at time of order if other national, territorial, provincial, state or local codes are required. Purchaser agrees to at all times comply with Manufacturer's USER OPERATION MANUAL included with the Product. Purchaser is responsible for ensuring that all personnel are informed of and practice all safety requirements and standards applicable to the Product and are in compliance with all applicable codes, ordinances, regulations, laws and general standards of safety and care. Purchaser understands that safeguarding at point of operation can only be designed and constructed when the parameters of the particular application have been determined. Manufacturer has for sale certain safety shields and guards that may meet the intent of local safety regulations and may be appropriate for Purchaser's application. It is the responsibility of the Purchaser to provide and ensure the use of a guard, guarding device, awareness barrier, awareness device or shield at point of operation.

17. ENTIRE AGREEMENT: The terms and conditions, prices and specifications in the Quotation constitute the entire agreement and it is understood that representations outside of this Quotation will not be binding on either party unless agreed in writing. This Quotation will remain valid for thirty (30) days.

18. MultiCam, Inc. is committed to maintaining high ethical standards of business conduct at home and abroad. The company is committed to a zero tolerance policy toward bribery and an effective program of internal system and controls to support compliance with the U.S. Foreign Corrupt Practices Act (FCPA), similar laws contained in the organization for Economic Cooperation and Development (OECD), Convention on Combating Bribery of Foreign Public Officials in International Business Transactions (OECD Anti-Bribery Convention), and the anti-corruption laws of all countries in which MultiCam, Inc. its affiliates and subsidiaries conduct business.

http://www.justice.gov/criminal/fraud/fcpa/

V20.0