# EXHIBIT M

**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

| | |
|---|---|
| OLWIN METAL FABRICATION LLC,  )  <br>  )  CASE NO.: 2022 CV 01134<br>        Plaintiff,                              )<br>                                                      )<br>     v.                                             )<br>                                                      )  JUDGE MARY E. MONTGOMERY<br>MULTICAM INC., *et al*,                )<br>                                                      )<br>        Plaintiffs.                            )<br>                                                      ) | |

## MULTICAM INC.'S NOTICE OF FILING FEDERAL COURT MATERIALS

On April 14, 2022, MultiCam Inc. removed this case to the United States District Court - Southern District of Ohio – Western Division at Dayton.  On September 28, 2022, Judge Michael J. Newman order this case remanded to the Montgomery County Common Pleas Court.

Pursuant to Loc. Rule 2.18, MultiCam Inc. files a copy of the docket for United States District Court - Southern District of Ohio – Western Division at Dayton Case No.: 3:22-cv-1000 (Exhibit A) and copies of all substantive decisions from the federal court (Exhibit B).

Dated: October 4, 2022

Respectfully submitted,
*/s/ Kelly E. Mulrane*
KELLY E. MULRANE (0088133),
Trial Attorney
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: 614.223.9300
Facsimile: 216.363.4588
Email: kmulrane@beneschlaw.com
Peter Loh (pro hac vice forthcoming)
Foley & Lardner LLP
2021 McKinney Ave., Suite 1600
Dallas, Texas 75201
Phone: 214.999.4391
Email: ploh@foley.com

*Attorneys for Plaintiff MultiCam Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I served the foregoing via email upon:

Richard L. Carr, Jr.
Lindsey K. Deck
Auman, Mahan & Furry
110 North Main Street, Suite 1000
Dayton, OH 45402-1738
(937) 223-6003 / ext. 3113
(937) 223-8550 (fax)
rlc@amfdayton.com; lkd@amfdayton.com
*Counsel for Plaintiff, Olwin Metal Fabrication, LLC*


John P. Susany
Kathleen A. Fox
Stark & Knoll Co., L.P.A.
3475 Ridgewood Road
Akron, OH 44333
JSusany@stark-knoll.com
kfox@stark-knoll.com
*Counsel for Defendant, MultiCam Great Lakes, Inc.
d/b/a MultiCam Technology Center*


              */s/ Kelly E. Mulrane*
              KELLY E. MULRANE (0088133)