# EXHIBIT M

**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

| | |
|---|---|
| OLWIN METAL FABRICATION LLC, | ) CASE NO.: 2022 CV 01134 |
| | ) |
| | ) JUDGE MARY E. MONTGOMERY |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF FILING NOTICE OF** |
| | ) **REMOVAL** |
| MULTICAM INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

Please take notice that on November 21, 2022, a Notice of Removal was filed in the United States District Court for the Southern District of Ohio. A true and correct copy of said Notice of Removal (without exhibits) is attached to this notice as **Exhibit 1** and is served and filed herewith.

Respectfully submitted,

This 21st day of November, 2022

*s/ Kelly E. Mulrane*

KELLY E. MULRANE (0088133),Trial Attorney
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone:  614.223.9300
Facsimile:  216.363.4588
Email:  kmulrane@beneschlaw.com

Peter Loh (*pro hac vice forthcoming*)
Davis G. Mosmeyer, III (*pro hac vice forthcoming*)
Foley & Lardner LLP
2021 McKinney Ave
Suite 1600
Dallas, Texas 75201
Email: ploh@foley.com
          dmosmeyer@foley.com

*Attorneys for Defendant MultiCam Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was served on the 21st. day of November, 2022, via electronic mail upon the following:

Richard L. Carr
David M. Rickert
Lindsay K. Deck
Auman, Mahan & Furry
110 North Main Street, Suite 1000
Dayton, Ohio 45402-1738
rlc@amfdayton.com
dmr@amfdayton.com
lkd@amfdayton.com

*Attorneys for Plaintiff*

John P. Susany
Kathleen A. Fox
Stark & Knoll Co., LPA
3475 Ridgewood Road
Akron, Ohio 44333
jsusany@stark-knoll.com
kfox@stark-knoll.com

*Attorneys for Defendant
MultiCam Great Lakes Inc.*

    *s/ Kelly E. Mulrane*
    Kelly E. Mulrane (0088133)

    *One of the Attorneys for Defendant MultiCam Inc.*

20595338 v1