IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | |
|---|---|
| OLWIN METAL FABRICATION LLC, | CASE NO:  3:22-CV-00333-WHR-PBS |
| Plaintiff, | JUDGE WALTER H. RICE |
| vs. | MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| MULTICAM, INC., et al., | |
| Defendants. | JOINT MOTION TO EXTEND PRELIMINARY PRETRIAL CASE SCHEDULE |

Plaintiff, Olwin Metal Fabrication, LLC, and Defendants, MultiCam, Inc. and MultiCam Great Lakes, Inc. (collectively, the "Parties"), respectfully request that this Court grant an extension of the current Preliminary Pretrial Conference Schedule.  The Parties proposed the existing schedule as Defendants' Motions to Dismiss were being briefed.  To date, both Defendants' Motions to Dismiss remain pending[1], leaving the full scope of the claims and parties undefined.  The Parties now jointly request an extension of the existing case management schedule to save costs as the full scale of the case is determined.

The current schedule establishes the following deadlines, in part:

Plaintiff's Expert Disclosure: March 31, 2023

Defendants' Expert Disclosure: April 30, 2023

---

[1] Defendant MultiCam Great Lakes, Inc.'s Partial Motion to Dismiss was fully briefed in the previously removed case, Number 3:22-CV-00100-MJN-CHG, and remains pending for this Court's review.

| | |
|---|---|
| Rebuttal Experts: | May 31, 2023 and June 30, 2023 |
| Requests for Admissions: | May 15, 2023 |
| Lay Witness Disclosures: | June 30, 2023 |
| Discovery Cut-Off: | July 31, 2023 |
| Status Conference for ADR: | August 8, 2023 |
| Summary Judgment Cut-Off: | September 8, 2023 |
| Final Pretrial: | December 26, 2023 |
| Trial: | January 8, 2024 |

The Parties request that the schedule be extended by approximately ninety (90) days, thereby allowing time for decisions on Defendants' respective Motions to Dismiss.  This request is not being made for the purposes of unwarranted delay, but instead is predicated on the Parties' desire to preserve costs and resources while the claims and parties are determined.  In fact, the Parties have not yet engaged in discovery, except as it relates to jurisdiction, and the defendants have not yet inspected the machine at issue.  The Parties also will need to request documents related to the claims, once determined, and take depositions.  The existing schedule, and particularly the fast-approaching expert deadlines, does not allow sufficient time to complete the necessary tasks.

      Therefore, the Parties respectfully request that this Court issue an Order modifying the current Pretrial Scheduling Order.

Respectfully Submitted,

| | |
|---|---|
| /s/ Lindsey K. Deck (per email consent) | /s/ Kelly E. Mulrane (per email consent) |
| Richard L. Carr, Jr. (0003180)<br>David M. Rickert (0010483)<br>Lindsey K. Deck (0085491)<br>AUMAN, MAHAN & FURRY<br>110 North Main Street, Suite 1000<br>Dayton, OH 45402-1738<br>(937) 223-6003 / ext. 3113<br>(937) 223-8550 (fax)<br>rlc@amfdayton.com<br>dmr@amfdayton.com<br>lkd@amfdayton.com<br>*Attorneys for Plaintiff, Olwin Metal Fabrication, LLC* | Kelly E. Mulrane (0088133)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>41 S. High Street, Suite 2600<br>Columbus, Ohio 43215<br>kmulrane@beneschlaw.com<br>*Attorney for Defendant, MultiCam, Inc.*<br><br>/s/ Kathleen A. Fox<br><br>STARK & KNOLL CO., L.P.A.<br>John P. Susany (0039472)<br>Kathleen A. Fox (0084113)<br>3475 Ridgewood Road<br>Akron, Ohio 44333-3163<br>(330) 376-3300<br>(330) 572-1274 (Fax)<br>jsusany@stark-knoll.com<br>kfox@stark-knoll.com<br>*Attorneys for Defendant, MultiCam Great Lakes* |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing was filed electronically and will be served via the Court's electronic docket upon all counsel of record.

               */s/ Kathleen Fox*

               *One of the Attorneys for Defendant*