IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| OLWIN METAL FABRICATION LLC, | § § § | Case No. 3:22-CV-00333-WHR-PBS |
| *Plaintiff,* | § § § | JUDGE WALTER H. RICE |
| v. | § § § | MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| MULTICAM, INC., et al., | § § § § | PARTIES AGREED MOTION TO EXTEND DEFENDANTS' EXPERT WITNESS DISCLOSURE DEADLINE |
| *Defendants.* | § § § | |

Plaintiff, Olwin Metal Fabrication, LLC, and Defendants, MultiCam, Inc. and MultiCam Great Lakes, Inc. (collectively, the "Parties"), respectfully request that this Court grant an extension of the Defendants' Expert Disclosures for thirty (30) days following the inspection of the Machine[1] at issue in this case.

The current deadline for Defendants' MultiCam, Inc. and MultiCam Great Lakes, Inc. to disclose their expert witnesses is July 31, 2023. *See* Amended Preliminary Pretrial Conference Schedule (ECF No. 15 at PageID 294). This motion is made in good faith, is not for the purpose of delay, and is supported by the following memorandum.

---

[1] The "Machine" has the same definition as stated in the Complaint.

23034912 v1

Respectfully Submitted,

s/ *Richard Carr (email permission 7.25.23)*
_____
Richard L. Carr, Jr. (0003180)
David M. Rickert (0010483)
Lindsey K. Deck (0085491)
AUMAN, MAHAN & FURRY
110 North Main Street, Suite 1000
Dayton, OH 45402-1738
(937) 223-6003 / ext. 3113
(937) 223-8550 (fax)
rlc@amfdayton.com
dmr@amfdayton.com
lkd@amfdayton.com
*Attorneys for Plaintiff, Olwin Metal Fabrication, LLC*

s/ *Kelly E. Mulrane*
_____
Kelly E. Mulrane (0088133)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 S. High Street, Suite 2600
Columbus, Ohio 43215
kmulrane@beneschlaw.com
*Attorney for Defendant, MultiCam, Inc.*

s/ *Kathleen A. Fox (email permission 7.25.23)*
_____
STARK & KNOLL CO., L.P.A.
John P. Susany (0039472)
Kathleen A. Fox (0084113)
3475 Ridgewood Road
Akron, Ohio 44333-3163
(330) 376-3300
(330) 572-1274 (Fax)
jsusany@stark-knoll.com
kfox@stark-knoll.com
*Attorneys for Defendant, MultiCam Great Lakes*

23034912 v1

**MEMORANDUM IN SUPPORT OF AGREED MOTION TO EXTEND DEFENDANTS' EXPERT WITNESS DEADLINE**

The Parties have been diligently working together to schedule and conduct an inspection of the Machine, but the identification of witnesses and production of expert witness reports is still in progress and additional time is needed. The Parties have been diligently and productively negotiating the scope and parameters of the inspection, but additional time is needed to finalize these negotiations without Court intervention.

Further, in addition to the challenges of scheduling an inspection in an operational machine shop, the Parties are aware that additional services and personnel will be required to set up the Machine so that it can be inspected. For example, at present the Machine is not connected to electricity. In order to provide electricity to the Machine, a licensed electrician must be retained and brought onsite to facilitate the inspection.

For these reasons, the Parties respectfully move this Court for an Order extending Defendants, MultiCam, Inc. and MultiCam Great Lakes, Inc., expert witness disclosure deadline until thirty (30) days following the inspection of the Machine.

23034912 v1

Respectfully Submitted,

| | |
|---|---|
| s/ *Richard Carr (email permission 7.25.23)* | s/ *Kelly E. Mulrane* |
| Richard L. Carr, Jr. (0003180)<br>David M. Rickert (0010483)<br>Lindsey K. Deck (0085491)<br>AUMAN, MAHAN & FURRY<br>110 North Main Street, Suite 1000<br>Dayton, OH 45402-1738<br>(937) 223-6003 / ext. 3113<br>(937) 223-8550 (fax)<br>rlc@amfdayton.com<br>dmr@amfdayton.com<br>lkd@amfdayton.com<br>*Attorneys for Plaintiff, Olwin Metal Fabrication, LLC* | Kelly E. Mulrane (0088133)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>41 S. High Street, Suite 2600<br>Columbus, Ohio 43215<br>kmulrane@beneschlaw.com<br>*Attorney for Defendant, MultiCam, Inc.*<br><br>s/ *Kathleen A. Fox (email permission 7.25.23)*<br>STARK & KNOLL CO., L.P.A.<br>John P. Susany (0039472)<br>Kathleen A. Fox (0084113)<br>3475 Ridgewood Road<br>Akron, Ohio 44333-3163<br>(330) 376-3300<br>(330) 572-1274 (Fax)<br>jsusany@stark-knoll.com<br>kfox@stark-knoll.com<br>*Attorneys for Defendant, MultiCam Great Lakes* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically and will be served via the Court's electronic docket upon all counsel of record.

      *s/ Kelly E. Mulrane*
      *Attorney for Defendant MultiCam, Inc.*