# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - DAYTON

| | |
|---|---|
| **OLWIN METAL FABRICATION LLC,** | : |
| **Plaintiff,** | : CASE NO: 3:22-CV-00333-WHR-PBS |
| | : |
| vs. | : JUDGE WALTER H. RICE |
| | : |
| **MULTI-CAM, INC., et al.,** | : MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| | : |
| **Defendants.** | : |

## ORDER GRANTING DEFENDANT MULTICAM, INC.'S MOTION FOR INFORMAL TELEPHONE CONFERENCE PURSUANT TO S.D. OHIO CIV. R. 37.1

Upon the motion of MultiCam Inc., and for good cause shown, the Court hereby grants Defendant MultiCam, Inc.'s Motion for Informal Telephone Conference Pursuant to S.D. Ohio Civ. R. 37.1 (Doc. #28), and hereby sets the informal conference for September 15, 2023, at 3:00 p.m.

September 12, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge